## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ISLOM SHUKHRAT UGLI KUDRATOV, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-26-83-SLP |
| MARK SIEGEL et al., | ) ) | |
| Respondents. | ) | |

**ENTER ORDER:**

The Court's review of the docket shows Petitioner's counsel has not complied with Local Civil Rules 83.3 or 83.4. Counsel shall do so no later than January 30, 2026.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

JOAN KANE, CLERK


By:    s/Marlene Whelan
       Deputy Clerk