## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ISLOM SHUKHRAT UGLI )
KUDRATOV, )
)
    Petitioner, )
)
v. )   Case No. CIV-26-83-SLP
)
MARK SIEGEL, et al., )
)
    Respondents. )

### O R D E R

The Court is in receipt of Respondents' Objection [Doc. No. 13] to the Report and Recommendation. Given the nature of these proceedings, the Court expedites the Petitioner's deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), making the response due on or before April 1, 2026. Should Petitioner or his counsel wish to respond to the Objection and require more time, Petitioner shall file a motion seeking additional time.

IT IS SO ORDERED this 27th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE